AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Sandra L. Spidle )
_____ )
Plaintiff )
)
v. ) Civil Action No. 6:12-cv-904-ORL-18KRS
)
GC Services, Limited Partnership )
_____ )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   GC Services, Limited Partnership
C T Corporation System, Reg. Agent
1200 S. Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christie D. Arkovich, Esq.
CHRISTIE D. ARKOVICH, P.A.
1520 West Cleveland Street
Tampa, FL 33606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN 14 2012   _____
*Signature of Clerk or Deputy Clerk*