UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SANDRA L. SPIDLE,**

    Plaintiff,

vs.                                                                 CASE NO. 6:12-CV-904-ORL-18TBS

**GC SERVICES LIMITED PARTNERSHIP,**

    Defendant.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, SANDRA L. SPIDLE, by and through her undersigned counsel hereby files her Notice of Dismissal With Prejudice that the above-entitled action against Defendants, GC SERVICES LIMITED PARTNERSHIP, shall be and hereby is dismissed with prejudice, and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: October 16, 2012                               */s/ Christie D. Arkovich*
                                                              Christie D. Arkovich, Esq.
                                                               Florida Bar #963690
                                                               CHRISTIE D. ARKOVICH, P.A.
                                                               1520 W. Cleveland St.
                                                               Tampa, Florida 33606
                                                                (813)258-2808
                                                                (813)258-5911 (Facsimile)
                                                               cdalaw@tampabay.rr.com
                                                               Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that true and correct copy of the foregoing has been sent on this 16th day of October, 2012, electronically via the CM/ECF system or U.S. Mail to Defendant:

GC Services, Limited Partnership

-1-

-2-

CT Corporation System, Registered Agent
1200 S. Pine Island Road
Plantation, FL 33324

                 */s/  Christie D. Arkovich*
                 Christie D. Arkovich, Esq.