UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SANDRA L. SPIDLE,

Plaintiff,

v.

Case No: 6:12-cv-904-Orl-18TBS

GC SERVICES LIMITED
PARTNERSHIP,

Defendant.

## ORDER

On October 16, 2012 the plaintiff filed a Notice of Dismissal With PrejudiceThanks (Doc. No. 13). Accordingly, pursuant to Fed.R.Civ.P. 41(a), it is

**ORDERED** that this cause is **DISMISSED** with prejudice. Clerk of the Court is directed to CLOSE the case.

**DONE AND ORDERED** at Orlando, Florida, this __17__ day of October, 2012.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record